**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WAYNE ORLANDO TUCKER,   No. CIV S-06-0326-LKK-CMK-P

    Petitioner,

  vs.   FINDINGS AND RECOMMENDATIONS

FELKER, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was originally referred to Judge John F. Moulds, but was referred to the undersigned due to the pendency of Tucker v. Propser, no. CIV S-04-0235-LKK-CMK-P. Proceedings in Tucker v. Propser are currently stayed pending resolution of a related state court case. Having reviewed the petition filed in the instant case, the court finds that it is duplicative of the prior case. In particular, petitioner has not provided any evidence that the related state court case has been resolved, such that his federal petition can properly proceed.

    Based on the foregoing, the undersigned recommends that this action be dismissed as duplicative of case no. CIV S-04-0235-LKK-CMK-P.

1

1        These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Failure to file objections within the specified time may waive
6  the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8  DATED:  March 22, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE