# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ORLANDO TUCKER, | No. CIV S-06-0326-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| FELKER, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On March 22, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1


1  by proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed March 22, 2006, are adopted in
4  full;

5  2. This action is dismissed as duplicative of case no. CIV S-04-0235-LKK-
6  CMK-P; and

7  3. The Clerk of the Court is directed to enter judgment and close this file.

8  DATED: May 30, 2006.

    /s/ Lawrence K. Karlton
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT